# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  CALIFORNIA

**APPEARANCE**

Case Number: 08cr1720-W

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JESUS CORONA-RIVERA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/5/2008 | /s/ ERICK L. GUZMAN |
| Date | Signature |
| | Erick L. Guzman/Federal Defenders of SD    244391 |
| | Print Name                                 Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City         State         Zip Code |
| | (619) 234-8467         (619) 687-2666 |
| | Phone Number           Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                     )<br>      Plaintiff,          )<br>                                     )<br>v.                                     )<br>                                     )<br>JESUS CORONA-RIVERA,    )<br>                                     )<br>      Defendant.      )<br>_____) | Case No. 08CR1720-W<br><br>CERTIFICATE OF SERVICE |

      Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

      United States Attorney's Office
      880 Front Street
      San Diego, CA  92101


Dated:  June 5, 2008                                           /s/  Erick  L.  Guzman
                                                                     ERICK L. GUZMAN
                                                                     Federal Defenders
                                                                     225 Broadway, Suite 900
                                                                     San Diego, CA 92101-5030
                                                                     (619) 234-8467  (tel)
                                                                     (619) 687-2666  (fax)
                                                                     E-mail: erick_guzman@fd.org