**ERICK L. GUZMAN**
California State Bar No. 244391
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
E-mail: erick_guzman@fd.org

Attorneys for Mr. Corona-Rivera

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 08CR1720-W |
| Plaintiff, ) | Date: July 7, 2008 |
| ) | Time: 2:00 p.m. |
| v. ) | |
| ) | **NOTICE OF MOTIONS AND MOTIONS TO:** |
| JESUS CORONA-RIVERA, ) | |
| ) | **(1) COMPEL ALL DISCOVERABLE MATERIAL; AND** |
| Defendant. ) | **(2) LEAVE TO FILE FURTHER MOTIONS.** |

TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
         REBECCA KANTER, ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that on July 7, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the accused Jesus Corona-Rivera, by and through his attorneys, Erick L. Guzman and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motion outlined below.

///
///
///
///
///
///

1

**MOTIONS**

2

Defendant, Mr. Corona-Rivera, by and through his attorneys, Erick L. Guzman and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) Compel All Discoverable Material; and
(2) Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on these motions.

Respectfully submitted,


Dated: July 7, 2008

   */s/ Erick L. Guzman*
**ERICK L. GUZMAN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Corona-Rivera
erick_guzman@fd.org

1  ERICK L. GUZMAN
   California State Bar No. 244391
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone No. (619) 234-8467
4  Email: erick_guzman@fd.org

5  Attorneys for Mr. Corona-Rivera

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE THOMAS J. WHELAN**)

| UNITED STATES OF AMERICA, | ) | Criminal No. 08CR1720-W |
|---|---|---|
| | ) | |
| | ) | DATE: July 7, 2008 |
| | ) | TIME: 2:00 P.M. |
| | ) | |
| Plaintiff, | ) | MEMORANDUM OF POINTS AND |
| | ) | AUTHORITIES IN SUPPORT OF |
| v. | ) | DEFENDANT'S MOTIONS |
| JESUS CORONA-RIVERA, | ) | |
| | ) | |
| Defendant. | ) | |

**I.**

**STATEMENT OF FACTS**[1]

On April 6, 2008, Mr. Corona-Rivera was arrested for illegal entry pursuant to 8 U.S.C § 1326. Mr. Corona-Rivera pleaded not guilty.  These motions follow.

**II.**

**COMPEL ALL DISCOVERABLE MATERIAL**

Mr. Corona-Rivera requests all discoverable material pursuant to Federal Rule of Criminal Procedure 16, Brady v. Maryland, 373 U.S. 83 (1963), Giglio v. United States, 405 U.S. 150 (1972).  This includes material that may support any defense pre-trial motions. See United States v. Cedano-Arellano, 332 F.3d 568 (9th Cir. 2003) (Rule 16 applies to discovery material to defense pre-trial motions); United States v. Gamez-

---

[1] These "facts" are based on discovery provided by the government. Mr. Corona-Rivera does not concede the veracity of any of these allegations.

1  Orduno, 235 F.3d 453, 462 (9th Cir. 2000) (Brady applies to material supporting defense pre-trial motions).
2  Mr. Corona-Rivera also requests any evidence that the government may potentially attempt to enter vis-a-vis
3  rule Federal Rule of Evidence 404(b).

4  Mr. Corona-Rivera also requests the court to order access to his "A-File" pursuant to Rule 16(a)(1)(B)
5  of the Federal Rule of Criminal Procedure, which provides that "upon request of the defendant, the
6  government shall furnish to the defendant such copy of his prior criminal record, if any, as is within the
7  possession, custody, or control of the government . . . ."

8  Mr. Corona-Rivera requests all arrest reports, investigator's notes, memos from arresting officers,
9  dispatch tapes, sworn statements, and prosecution reports pertaining to Mr. Corona-Rivera and available
10 under Fed. R. Crim. P. 16(a)(1)(B) and (C), Fed. R. Crim. P. 26.2 and 12(I). Mr. Corona-Rivera specifically
11 requests that all dispatch tapes or any other audio or visual tape recordings which exist and which relate in
12 any way to his case and or his arrest be preserved and provided in their entirety.

13 Specifically, Mr. Corona-Rivera requests a copy of the audiotape of *any* deportation hearing, as well
14 as a transcript of any such proceeding.

## III.

## LEAVE TO FILE FURTHER MOTIONS

17 Mr. Corona-Rivera has not yet received all requested discovery nor viewed his "A-File." After doing
18 so, it is likely that Mr. Corona-Rivera will need to file additional motions. Mr. Corona-Rivera respectfully
19 requests the court leave to file further motions if necessary.

## IV.

## CONCLUSION

22 Mr. Corona-Rivera requests that the Court to grant the above motions.

Respectfully submitted,

Dated: July 7, 2008           /s/ Erick L. Guzman
                              ERICK L. GUZMAN
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Mr. Corona-Rivera

08CR1720-W

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,  ) | Case No. 08CR1720-W |
| ) | |
| v.  ) | |
| ) | CERTIFICATE OF SERVICE |
| JESUS CORONA-RIVERA,  ) | |
| ) | |
| Defendant.  ) | |
| _____) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

    Rebecca Kanter, Assistant United States Attorney
    880 Front Street
    San Diego, CA  92101

Dated: July 7, 2008
                                                                                                 */s/ Erick L. Guzman*
                                                                                                 ERICK L. GUZMAN
                                                                                                 Federal Defenders
                                                                                                 225 Broadway, Suite 900
                                                                                                 San Diego, CA 92101-5030
                                                                                                 (619) 234-8467  (tel)
                                                                                                 (619) 687-2666  (fax)
                                                                                                 E-mail:erick_guzman@fd.org